480 A.2d 254
**COMMONWEALTH of Pennsylvania**

v.

**Kevin Levi GANS, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 16, 1984.

**414**

ORDER

NIX, Chief Justice.

Petition dismissed without prejudice to petitioner's rights to file petition for Post-Conviction Hearing Act relief.